## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Thomas Jackson III
     v.
Blitt & Gaines, PC and
Cavalry Portfolio Services, LLC

Case Number:

FILED: APRIL 4, 2008
08CV1938            EDA
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 Plaintiff

| | |
|---|---|
| NAME (Type or print)<br> Jason G. Shanfield | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  Jason G. Shanfield | |
| FIRM<br> Shanfield Law Firm, Ltd. | |
| STREET ADDRESS<br> 833 North Hoyne Ave.              jason@shanfieldlawfirm.com | |
| CITY/STATE/ZIP<br> Chicago, Illinois 60622 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6275896 | TELEPHONE NUMBER<br>(312) 638-0819 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐