### *United States District Court for the Northern District of Illinois*

Case Number:  08cv1938                    Assigned/Issued  By:  TC

Judge Name:  Der-Yeghiayan              Designated Magistrate Judge:  Brown

---

**FEE INFORMATION**

***Amount Due:***    ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: $350.00                  Receipt #:  2669690

Date Payment Rec'd:  04/04/08          Fiscal Clerk:  TC

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

2  Original and  0  copies on  04/04/08  as to  all defendants
                                   (Date)

_____

_____