IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS A. JACKSON, III. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1938 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| BLITT & GAINES, P.C., and CAVALRY | ) | Magistrate Judge Brown |
| PORTFOLIO SERVICES, LLC, | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant Cavalry Portfolio Services, LLC. ("Cavalry"), by and through its undersigned counsel, David M. Schultz and Stephen D. Vernon, pursuant to Federal Rule of Civil Procedure 6(b)(2), respectfully requests that this Court grant it a 14 day enlargement of time to file a responsive pleading to Plaintiff's Complaint and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state claims under the Fair Debt Collection Practices Act ("FDCPA") and various state law theories.

2. Defendant's answer or otherwise responsive pleading was due on May 14, 2008.

3. Defense counsel was recently retained in this action. Defendant's failure to answer or otherwise plead was the result of Defendant's excusable neglect as it was still analyzing plaintiff's complaint and had not yet chosen counsel by May 14, 2008.

4. Defendant hereby requests an additional 14 days from May 19, 2008 to answer or otherwise respond to Plaintiff's Complaint, up to and including June 2, 2008

5. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

6. Defense counsel contacted Plaintiff's counsel regarding this motion but has not yet heard back from Plaintiff's counsel regarding whether there is any objection to the present motion.

WHEREFORE, Defendant Cavalry Portfolio Services, LLC, respectfully requests that this Court grant it a 14 day enlargement of time, to and including June 2, 2008, in which to answer or otherwise plead to Plaintiff's Complaint.

CAVALRY PORTFOLIO SERVICES, LLC.

By: *s/Stephen D. Vernon*
One of Its Attorneys

David M. Schultz
Stephen D. Vernon
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
312-704-3001
dschultz@hinshawlaw.com
svernon@hinshawlaw.com