IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS A. JACKSON, III. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) No. 08 CV 1938 <br> BLITT & GAINES, P.C., and CAVALRY ) <br> PORTFOLIO SERVICES, LLC, ) Judge Der-Yeghiayan <br> ) Magistrate Judge Brown <br> Defendants. | |

**CORRECTED NOTICE OF MOTION**

  **TO:**  Jason G. Shanfield
Shanfield Law Firm, Ltd.
833 North Hoyne Avenue, No. 3
Chicago, Illinois 60622
E-mail: jacon@shanfieldlawfirm.com

    PLEASE TAKE NOTICE that on Tuesday May 27, 2008 at 9:00 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any judge sitting in his stead, in Courtroom 1903 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion For An Enlargement of Time, a copy of which are hereby served upon you.

                                  Respectfully submitted,

                                  ILLINOIS COLLECTION SERVICES, INC

David M. Schultz                        By: s/*Stephen D. Vernon*
Stephen D. Vernon                           One of Its Attorneys
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6320418v1 NEWFILE

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on May 19, 2008.

By: s/*Stephen D. Vernon*

6320418v1 NEWFILE