# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

THOMAS A. JACKSON, III.
    Plaintiff,
v.

BLITT & GAINES, P.C. and CAVALRY PORTFOLIO SERVICES, LLC,
    Defendants.

No. 08 CV 1938

Judge Der-Yeghiayan

Magistrate Judge Brown

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CAVALRY PORTFOLIO SERVICES, LLC

| |
|---|
| NAME: David M. Schultz |
| SIGNATURE: s/ *David M. Schultz* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6197596 | 312/704-3000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

**CERTIFICATE OF SERVICE**

   I hereby certify that on **May 19, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon:

*Attorney for Plaintiff*
Jason G. Shanfield
SHANFIELD LAW FIRM, LTD.
833 North Hoyne Ave., No. 3
Chicago, IL 60622
(312) 638-0819
Fax: (312) 638-9136
Email: jason@shanfieldlawfirm.com

                 HINSHAW & CULBERTSON LLP

David M. Schultz            s/ *David M. Schultz*
HINSHAW & CULBERTSON LLP     David M. Schultz
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
dschultz@hinshawlaw.com

6320424v1 NEWFILE