**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Thomas A. Jackson III
                      Plaintiff,

v.
                                                Case No.: 1:08−cv−01938
                                                Honorable Samuel Der−Yeghiayan

Blitt & Gaines, PC, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: As stated on the record, Defendant Cavalry Portfolio Services, LLC's motion for extension of time to answer or otherwise plead to Plaintiff's complaint [9] is granted to and including 06/02/08 as to both Defendants. Status hearing set for 06/05/08 to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.