U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

THOMAS A. JACKSON, III.
    Plaintiff,
v.

BLITT & GAINES, P.C. and CAVALRY PORTFOLIO SERVICES, LLC,
    Defendants.

No. 08 CV 1938

Judge Der-Yeghiayan

Magistrate Judge Brown

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**BLITT & GAINES, P.C.**

| |
|---|
| NAME:  David M. Schultz |
| SIGNATURE:  s/ *David M. Schultz* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6197596   TELEPHONE NUMBER  312/704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

6322750v1 NEWFILE

## CERTIFICATE OF SERVICE

      I hereby certify that on **May 27, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon:

*Attorney for Plaintiff*
Jason G. Shanfield
SHANFIELD LAW FIRM, LTD.
833 North Hoyne Ave., No. 3
Chicago, IL 60622
(312) 638-0819
Fax: (312) 638-9136
Email: jason@shanfieldlawfirm.com

                                            HINSHAW & CULBERTSON LLP

David M. Schultz                                        s/ *David M. Schultz*
HINSHAW & CULBERTSON LLP                  David M. Schultz
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
dschultz@hinshawlaw.com