**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| THOMAS A. JACKSON, III. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 08 CV 1938 |
| ) | |
| BLITT & GAINES, P.C.,L and ) | |
| CAVALRY PORTFOLIO SERVICES, ) | Judge Der-Yeghiayan |
| LLC, ) | Magistrate Judge Brown |
| Defendants. ) | |

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DEFENDANT BLITT & GAINES, P.C..**

| | |
|---|---|
| SIGNATURE: /s/ *Stephen D. Vernon* | |
| FIRM  Hinshaw & Culbertson LLP | |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6288676 | TELEPHONE NUMBER 312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐    NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

    I, the undersigned a non-attorney, state that I caused to be served a true and correct copy of the foregoing **APPEARANCE,** that it was electronically filed using the Court's CM/ECF system and served upon all Parties/Counsel of Record via electronic transmission pursuant to the Court's CM/ECF system, and upon:

    Jason G. Shanfield
    Shanfield Law Firm, Ltd.
    833 North Hoyne Avenue, No. 3
    Chicago, Illinois 60622
    E-mail: jason@shanfieldlawfirm.com

On May 27, 2008.

| | |
|---|---|
| **[X]** *Under penalties as provided by law pursuant to 735 ILCS 5/ 1-109 I certify that the statements set forth herein are true and correct.* | /S/*PEGGY A. MICHAEL* |

6322754v1 NEWFILE