IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS A. JACKSON, III. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1938 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| BLITT & GAINES, P.C., and CAVALRY | ) | Magistrate Judge Brown |
| PORTFOLIO SERVICES, LLC, | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendants Blitt & Gaines, P.C. and Cavalry Portfolio Services, LLC, by and through their undersigned counsel, David M. Schultz and Stephen D. Vernon, pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant them a 7 day enlargement of time to file their responsive pleading to Plaintiff's Complaint and in support thereof, states as follows:

1. Plaintiff's Complaint is 19 pages consisting of 85 paragraphs. It purports to state claims under the Fair Debt Collection Practices Act ("FDCPA") and various state law theories against Defendants.

2. Defendants' answer or otherwise responsive pleadings are currently due on June 2, 2008.

3. Defense counsel was recently retained by both Defendants in this action and had anticipated being able to file an Answer or other responsive pleading by June 2, 2008. Defendants and their counsel have been unable to complete their investigation and prepare the appropriate response, in part, due to the length and factually intensive allegations of Plaintiff's Complaint.

4. Defendants and their counsel are also seeking the 7 day extension, in part, due to the professional obligations of defense counsel. Amongst many other things, these obligations included in the last week, filing a Response brief to Plaintiffs' Motion for Class Certification in

*Cotton et. al. v. Asset Acceptance, LLC*, Case No. 07-cv-5005 (N.D. Illinois) and a Motion to Dismiss in *Pavich et. al. v. American Express,* Case No. 08-cv-1122 (N.D. Illinois).

5. Defendants are requesting this additional time to allow their counsel to complete and finalize their factual investigation into the allegations of Plaintiff's Complaint and to prepare the appropriate response to Plaintiff's Complaint.

6. Defendant hereby requests an additional 7 days from June 2, 2008 to answer or otherwise respond to Plaintiff's Complaint, up to and including June 9, 2008

7. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

8. Defense counsel contacted Plaintiff's counsel regarding this motion and Plaintiff does not object to the present motion or the extension.

WHEREFORE, Defendants Blitt & Gaines, P.C. and Cavalry Portfolio Services, LLC, respectfully requests that this Court grant them a 7 day enlargement of time, to and including June 9, 2008, in which to answer or otherwise plead to Plaintiff's Complaint.

BLITT & GAINES, P.C. and CAVALRY PORTFOLIO SERVICES, LLC

By:*s/Stephen D. Vernon*
    One of Its Attorneys

David M. Schultz
Stephen D. Vernon
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
312-704-3001
dschultz@hinshawlaw.com
svernon@hinshawlaw.com