IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS A. JACKSON III, | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 CV 1938 |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | Magistrate Judge Brown |
| BLITT & GAINES, PC, and | ) | |
| CAVALRY PORTFOLIO | ) | |
| SERVICES, LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**JOINT JURISDICTIONAL STATUS REPORT**

**I.   SUBJECT MATTER JURISDICTION**

Federal question subject matter jurisdiction is proper in this Court pursuant to 15 U.S.C. § 1692k(d).  The Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

**II.   VENUE**

Venue is proper in this Judicial District because the acts and transactions giving rise to this action occurred in this District.  Specifically, Plaintiff resides in this Judicial District, Defendant Blitt & Gaines, PC is located in this Judicial District, Blitt & Gaines, PC was engaged by Defendant Cavalry Portfolio Services, LLC to collect upon the alleged debt that is the subject of Plaintiff's Complaint in this Judicial District, and Blitt & Gaines and Cavalry Portfolio Services engaged in such debt collection conduct in this Judicial District.

Respectfully Submitted,

__/s/_Jason G. Shanfield_____
Jason G. Shanfield, Counsel for Plaintiff

        Jason G. Shanfield (No. 6275896)
SHANFIELD LAW FIRM, LTD.
833 North Hoyne Ave., No. 3
Chicago, Illinois 60622
(312) 638-0819 (tel)
(312) 638-9136 (fax)

  __/s/_Stephen D. Vernon_____
Stephen D. Vernon, Counsel for Defendants

Stephen D. Vernon
HINSHAW & CULBERTSON, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000 (tel)

## CERTIFICATE OF SERVICE

     I, Jason G. Shanfield, the undersigned attorney, hereby certify that on the 2nd day of June, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

David M. Schultz (dschultz@hinshawlaw.com)
Stephen D. Vernon (svernon@hinshawlaw.com)
HINSHAW & CULBERTSON, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000 (tel)

   __/s/ Jason G. Shanfield_____
SHANFIELD LAW FIRM, LTD.
833 North Hoyne Ave.
Chicago, Illinois 60622
(312) 638-0819 (tel)
(312) 638-9136 (fax)
jason@shanfieldlawfirm.com