IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS A. JACKSON, III. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1938 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| BLITT & GAINES, P.C., and CAVALRY | ) | Magistrate Judge Brown |
| PORTFOLIO SERVICES, LLC, | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendants Blitt & Gaines, P.C. and Cavalry Portfolio Services, LLC, by and through their undersigned counsel, David M. Schultz and Stephen D. Vernon, pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant them a final 7 day enlargement of time to file their responsive pleading to Plaintiff's Complaint and in support thereof, states as follows:

1.　Plaintiff's Complaint is 19 pages consisting of 85 paragraphs.  It purports to state claims under the Fair Debt Collection Practices Act ("FDCPA") and various state law theories against Defendants.

2.　Defendants' answers or otherwise responsive pleadings are currently due on June 9, 2008.

3.　Previously, Defendants' answers or otherwise responsive pleadings were due on June 2, 2008.  Defendants filed a motion requesting a 7 day extension of time on June 2, 2008.  This Court granted Defendants' motion on June 4, 2008.

4.　Defendants and their counsel have been diligently investigating the lengthy factual allegations of Plaintiff's Complaint.  However, the allegations of Plaintiff's Complaint

involve two lawsuits and a substantial amount of the allegations involve events that allegedly occurred 3 years ago.

5.	Further, many of the factual allegations of Plaintiff's Complaint involve the former attorneys of Defendant Cavalry Portfolio Services.  These attorneys were in control of information Defendants needed to respond to Plaintiff's Complaint.  Defendants have used the additional time previously granted by the Court to obtain that information and can now adequately respond to Plaintiff's Complaint.

6.	Defendants are requesting this final extension of time to allow Defendants and their counsel to complete and finalize their responses to Plaintiff's Complaint.

7.	Defendants hereby request an additional 7 days from June 9, 2008 to answer or otherwise respond to Plaintiff's Complaint, up to and including June 16, 2008

8.	This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

9.	Prior to filing this motion, Defense counsel was unable to contact Plaintiff's counsel to determine whether Plaintiff has an objection to the present motion or the extension.  Defense counsel will inform the Court prior to the hearing date whether Plaintiff has any objection to the present motion.

WHEREFORE, Defendants Blitt & Gaines, P.C. and Cavalry Portfolio Services, LLC, respectfully requests that this Court grant them a final 7 day enlargement of time, to and including June 16, 2008, in which to answer or otherwise plead to Plaintiff's Complaint.

	BLITT & GAINES, P.C. and CAVALRY
	PORTFOLIO SERVICES, LLC

	By:*s/Stephen D. Vernon*
	One of Its Attorneys