IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS A. JACKSON, III. ) | |
| ) | |
| Plaintiff, ) | No. 08 CV 1938 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| BLITT & GAINES, P.C., and CAVALRY ) | Magistrate Judge Brown |
| PORTFOLIO SERVICES, LLC, ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF MOTION FOR ENLARGEMENT OF TIME

　　PLEASE TAKE NOTICE that on Thursday, June 12, 2008 at 9:00 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any judge sitting in his stead, in Courtroom 1903 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion For Enlargement of Time, a copy of which are hereby served upon you.

　　　　　　　　　　　　　　　　　　BLITT & GAINES, P.C. and CAVALRY
　　　　　　　　　　　　　　　　　　PORTFOLIO SERVICES, LLC

　　　　　　　　　　　　　　　　　　By:*s/Stephen D. Vernon*
　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

David M. Schultz
Stephen D. Vernon
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
312-704-3001
dschultz@hinshawlaw.com
svernon@hinshawlaw.com

## CERTIFICATE OF SERVICE

　　I, the undersigned, an attorney, certify that I caused to be filed this Notice and the documents referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on June 9, 2008.

　　　　　　　　　　　　　　　　　　By: *s/Stephen D. Vernon*