UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Thomas A. Jackson III
                          Plaintiff,

v.                                         Case No.: 1:08−cv−01938
                                         Honorable Samuel Der−Yeghiayan

Blitt & Gaines, PC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendants Blitt &
Gaines, PC, and Cavalry Portfolio Services, LLC's motion for extension of time to answer
or otherwise plead to Plaintiff's complaint [21] is granted. Status hearing reset to 06/18/08
at 9:00 a.m. Status hearing set for 06/11/08 is stricken. Counsel for Plaintiff is directed to
file with the Clerk of Court, the appropriate return of service for Defendant Blitt &
Gaines, PC. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.