TYPE LAW　　　　　SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

SHERIFF'S NUMBER 048964-001D　CASE NUMBER 08CV1938　　DEPUTY: _KAPCAK__

FILED DT 04-04-2008 RECEIVED DT 04-24-2008 DIE DT 05-08-2008 MULTIPLE SERVICE 1

DEFENDANT　　　　　　　　　　　　　　　　ATTORNEY
BLITT & GAINES PC　　　　　　　　　　　　JASON G SHANFIELD
661　GLENN AV　　　　　　　　　　　　　　833 N HOYNE AV
WHEELING IL. 60090　　　　　　　　　　　CHICGO IL. 60622
　　　　　　　　　　　　　　　　　　　　　312 638-0819

PLAINTIFF THOMAS A JACKSON III

SERVICE INFORMATION: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬　　FOREIGN

**********************************************************************

(A)　I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1　PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
　　　　NAMED DEFENDANT PERSONALLY.
.....2　SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
　　　　AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
　　　　RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
　　　　THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
　　　　_____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
　　　　PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
　　　　SAID PARTY REFUSED NAME_____
__X__3　SERVICE ON: __CORPORATION__ COMPANY___ BUSINESS___ PARTNERSHIP___
　　　　BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
　　　　REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4　CERTIFIED MAIL_____

(B)　THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

　　　1　SEX _M_ M/F　RACE _W_　AGE _60_
　　　2　NAME OF DEFENDANT BLITT & GAINES PC
　　　　　WRIT SERVED ON __PAUL WILKOS__ VP

　　　THIS _2_ DAY OF _May_, 20 _08_ TIME _11:30_ A.M./P.M.

ADDITIONAL REMARKS _____

**********************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _____　　　　ATTEMPTED SERVICES

NEIGHBORS NAME _____　　　DATE　　　　TIME　A.M./P.M.

　　ADDRESS _____　　　_____　　__:__　___

　　　　REASON NOT SERVED:
　　　　　　　　　　　07 EMPLOYER REFUSAL
___01 MOVED　　　　___08 RETURNED BY ATTY　　_____　__:__　___
___02 NO CONTACT　 ___09 DECEASED
___03 EMPTY LOT　　___10 BLDG DEMOLISHED　　_____　__:__　___
___04 NOT LISTED　 ___11 NO REGISTERED AGT.
___05 WRONG ADDRESS___12 OTHER REASONS　　　_____　__:__　___
___06 NO SUCH ADDRESS___13 OUT OF COUNTY
　　　　　　　　　　　　　　　　　　　　　　_____　__:__　___

FEE　.00　MILEAGE　.00　TOTAL　.00　　　　　　　　　　　SG10