# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1938 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Thomas A. Jackson, III vs. Blitt & Gaines, PC | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 01/14/09 at 9:00 a.m. David Schultz and Stephen Vernon are hereby given leave to withdraw as counsel for Defendant Blitt & Gaines. Defendant Blitt & Gaines is given leave to substitute in new counsel who shall file his appearance. All discovery shall be noticed in time to be completed by 10/17/08. Dispositive motions are to be filed by 11/21/08. Responses to the dispositive motions, if any, are to be filed by 12/05/08 and replies, if any, are to be filed by 12/12/08. If the parties believe a settlement conference with the Court would be useful, counsel are directed to follow Judge Der-Yeghiayan's settlement conference procedures as outlined on this Court's web page.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|